NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAKEEM WASHINGTON,               )
                                 )
          Appellant,             )
                                 )
v.                               )     Case No. 2D17-2075
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
                                 )
_____  )

Opinion filed October 16, 2019.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Ita M. Neymotin and Stacy L. Sherman
of Reginal Counsel, Second District, Fort
Myers, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and William Stone, Jr.,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

          Affirmed.

KHOUZAM, C.J., KELLY, and ATKINSON, JJ., Concur.